IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEVEN DEMBO, PATRICK BOLT, and TIMOTHY SNYDER, <br><br> Plaintiffs, <br><br> v. <br><br> CSX TRANSPORTATION, INC. and AMDG, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) )   3:07-CV-01022-MHT-CSC ) ) ) ) ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant CSX Transportation, Inc. ("CSXT") files the following corporate disclosure statement:

1. CSX Transportation, Inc.'s parent corporation is CSX Corporation.

2. CSX Transportation, Inc. does not issue stock and, therefore, no publicly held corporation holds 10% or more of its stock.

   Respectfully Submitted,

PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
Suite 2400
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2222
(404) 815-2400 (telephone)

   /s /William C. Barker
William C. Barker
Ala. Bar No. BAR109
Daniel P. Hart
(Motion for Admission Pro Hac Vice To be Filed)

Counsel for Defendant
CSX Transportation, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN DEMBO, PATRICK BOLT, and TIMOTHY SNYDER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 3:07-CV-01022-MHT-CSC |
| CSX TRANSPORTATION, INC. and AMDG, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the **CORPORATE DISCLOSURE STATEMENT** has been filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Timothy L. Dillard
Dillard & Associates, L.L.C.
The Berry Building, Ste. 400
2015 Second Avenue North
Birmingham, Alabama 35203

Joe L. Dean, Jr.
Dean & Barrett
457 S. 10th Street
Opelika, Alabama 36801

Halsey G. Knapp, Jr.
Mary Lillian Walker
Foltz Martin, L.L.C.
Five Piedmont Center, Suite 750
Atlanta, Georgia 30305

This the 28th day of November, 2007.

  _/s/ William C. Barker_
Attorney for Defendant

LEGAL_US_E # 77342998.1