IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 NOV 28 P 3: 15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| STEVEN DEMBO, PATRICK BOLT, and TIMOTHY SNYDER, <br><br> Plaintiffs, <br><br> v. <br><br> CSX TRANSPORTATION, INC. and AMDG, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) 3:07-CV-01022-MHT-CSC ) ) ) ) ) ) |

## NOTICE OF FILING SUBSTITUTED SIGNATURE PAGE FOR NOTICE OF REMOVAL

Come now Defendants and substitute the attached signature page for the signature page originally submitted with the Notice of Removal. The substituted signature page has the original signatures of all counsel in this case.

Respectfully submitted,

DEAN & BARRETT

*/s/ Joseph L. Dean, Jr.*
Joseph L. Dean, Jr.
ASB-0049-D54J

457 S. 10th Street
Opelika, Alabama 36801

620512.1                                                                       1

Telephone: (334) 749-2222

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the Notice of Filing Substituted Signature Page for the Notice of Removal on all parties to this action by United States mail, postage prepaid to:

>Timothy L. Dillard
>Dillard & Associates, L.L.C.
>The Berry Building, Ste. 400
>2015 Second Avenue North
>Birmingham, Alabama 35203

This is the 28 day of November, 2007.

>DEAN & BARRETT

>_____
>Joseph L. Dean, Jr.
>ASB-0049-D54J

457 S. 10th Street
Opelika, Alabama 36801
Telephone: (334) 749-2222

Respectfully Submitted,

*[signature]*

William C. Barker
ASB-3411-R71W

PAUL, HASTINGS, JANOFSKY
& WALKER LLP
Suite 2400
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2222
(404) 815-2400 (telephone)
(404) 815-2424 (facsimile)

Counsel for Defendant
CSX Transportation, Inc.

*[signature]*

Joe L. Dean, Jr.
ASB-0049-D54J

DEAN & BARRETT
457 S. 10th Street
Opelika, Alabama 36801
(334) 749-2222 (telephone)

*[signature]*

Halsey G. Knapp, Jr.
Motion for Admission Pro Hac Vice To Be Filed
Mary Lillian Walker
Motion for Admission Pro Hac Vice To Be Filed

FOLTZ MARTIN, LLC
Five Piedmont Center, Suite 750
Atlanta, Georgia 30305
404-231-9397 (telephone)
404-237-1659 (facsimile)

Counsel for Defendant
AMDG Inc.