RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA  NOV 28  P 3: 16
EASTERN DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

STEVEN DEMBO, )
PATRICK BOLT, and )
TIMOTHY SNYDER, )
 )
   Plaintiffs, )
 )
v. ) Civil Action No.: 3:07CV1022-mht
 )
CSX TRANSPORTATION, INC. )
 and AMDG, INC., )
 )
   Defendants. )
 )
_____ )

### Motion To Admit Counsel *Pro Hac Vice*

Comes now AMDG, Inc., and pursuant to Local Rule 83.1(b) of this Court, submits this Motion to Admit Counsel *Pro Hac Vice*.

1.

Joseph L. Dean, Jr. is licensed to practice law in Alabama and before this Court, and he is counsel for Defendant AMDG, Inc. in this case.

2.

AMDG, Inc. moves this Court for the admission *pro hac vice* of additional counsel on its behalf in this action, specifically Halsey G. Knapp, Jr. and Mary Lillian Walker of the law firm Foltz, Martin, LLC, Five

Piedmont Center, 3525 Piedmont Road, Suite 750, Atlanta, Georgia 30305, (tel) 404-231-9397, (fax) 404-237-1659, hknapp@foltamartin.com, mwalker@foltzmartin.com.

3.

Mr. Knapp and Ms. Walker are licensed to practice law in the State of Georgia and are admitted to practice before the Federal District Court for the Northern District of Georgia. Attached here as Exhibits "A" and "B" are certificates of good standing for Mr. Knapp and Ms. Walker from the Northern District of Georgia.

4.

Wherefore, AMDG, Inc. requests that Halsey G. Knapp, Jr. and Mary Lillian Walker be admitted before this Court *pro hac vice* and be allowed to appear as counsel of record for AMDG, Inc.

This ____ day of November, 2007.

Respectfully submitted,

**DEAN & BARRETT**

_____
Joseph L. Dean, Jr.
ASB-0049-D54J

457 S. 10th Street
Opelika, Alabama 36801
Telephone: (334) 749-2222

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of this **MOTION TO ADMIT COUNSEL *PRO HAC VICE*** on all parties to this action by United States mail, postage prepaid to:

>Timothy L. Dillard
>Dillard & Associates, L.L.C.
>The Berry Building, Ste. 400
>2015 Second Avenue North
>Birmingham, Alabama 35203

This is the 28 day of November, 2007.

>**DEAN & BARRETT**
>
>_____
>Joseph L. Dean, Jr.
>ASB-0049-D54J

457 S. 10th Street
Opelika, Alabama 36801
Telephone: (334) 749-2222

620183.2

4



## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Mary Lillian Walker, State Bar No. 732370,** was duly admitted to practice in said Court on August 29, 1988, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 27th day of November, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk





## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Halsey G. Knapp, State Bar No. 425320,** was duly admitted to practice in said Court on October 17, 1980, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 27th day of November, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk



```
                CORRECTED

                Court Name: U S DISTRICT COURT - AL/M
                Division: 2
                Receipt Number: 4602001299
                Cashier ID: cstrecke
                Transaction Date: 11/28/2007
                Payer Name: FOLTZ MARTIN LLC
                ---------------------------------
                PRO HOC VICE
                  For: MARY LILLIAN WALKER
                  Case/Party: D-ALM-A-TT-YF-EEFUND-001
                  Amount:        $20.00
                PRO HOC VICE
                  For: HALSEY G KNAPP
                  Case/Party: D-ALM-A-TT-YF-EEFUND-001
                  Amount:        $20.00
                ---------------------------------
                CHECK
                  Remitter: FOLTZ MARTIN LLC
                  Check/Money Order Num: 16777
                  Amt Tendered:  $40.00
                ---------------------------------
                Total Due:      $40.00
                Total Tendered: $40.00
                Change Amt:     $0.00
```

DALM307CV001022-MHT

FOLTZ MARTIN LLC

FIVE PIEDMONT CENTER

SUITE 750

ATLANTA, GA 30305

MOT/PHV MARY LILLIAN WALKER

MOT/PHV HALSEY G KNAPP