```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

            MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


STEVEN DEMBO,                    )
an individual;                   )
PATRICK BOLT,                    )
an individual; and               )
TIMOTHY SNYDER,                  )
an individual,                   )
                                 )
    Plaintiffs,                  )
                                 )   CIVIL ACTION NO.
    v.                           )     3:07cv1022-MHT
                                 )
CSX TRANSPORTATION, INC.,        )
a corporation, and AMDG,         )
INC., a corporation,             )
                                 )
    Defendants.                  )
```

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 14) is granted.

DONE, this the 30th day of November, 2007.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE