IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STEVEN DEMBO, )<br>an individual; )<br>PATRICK BOLT, )<br>an individual; and )<br>TIMOTHY SNYDER, )<br>an individual, )<br>   ) <br>   Plaintiffs, )<br>   ) <br>   v.   )<br>   ) <br>CSX TRANSPORTATION, INC., )<br>a corporation, and AMDG, )<br>INC., a corporation, )<br>   ) <br>   Defendants. ) | CIVIL ACTION NO.<br>3:07cv1022-MHT |

ORDER

It is ORDERED that the motion to dismiss and alternative motion to transfer (Doc. No. 11) are set for submission, without oral argument, on December 18, 2007, with all briefs due by said date.

DONE, this the 30th day of November, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE