## ORIGINAL

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

RECEIVED

2007 DEC -3 P 2: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| STEVEN DEMBO, PATRICK BOLT, and TIMOTHY SNYDER, | ) ) ) ) | |
|    Plaintiffs, | ) ) | |
| v. | ) ) | 3:07-CV-01022-MHT-CSC |
| CSX TRANSPORTATION, INC.  and AMDG, INC., | ) ) ) | |
|    Defendants. | ) ) ) | |

### MOTION FOR ADMISSION PRO HAC VICE
### OF DANIEL PAUL HART

Comes now Daniel Paul Hart, pursuant to Local Rule 83.1(b), and requests pro hac vice attorney admission to practice before this Court and states that:

1.     I represent Defendant CSX Transportation, Inc. in the above-styled action.

2.     I am a member in good standing of the Bars of Georgia and the United States District Court for the Northern District of Georgia.  A certificate of good standing is attached as Exhibit A.

3.     I have not appeared frequently or regularly in cases pending before the United States District Court for the Middle District of Alabama.

4.     I am submitting with this Motion the $20.00 pro hac vice attorney admission fee.

This the 28th day of November, 2007.

*[signature on next page]*

Respectfully submitted,

PAUL, HASTINGS, JANOFSKY
  & WALKER, LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, Georgia 30308
Phone:  (404) 815-2400
Facsimile:  (404) 815-2424

_Daniel P. Hart_
Daniel P. Hart
Georgia Bar No. 141679


Attorney for Defendant
CSX Transportation, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN DEMBO,<br>PATRICK BOLT, and<br>TIMOTHY SNYDER,<br><br>   Plaintiffs,<br><br>v.<br><br>CSX TRANSPORTATION, INC.<br> and AMDG, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:07-CV-01022-MHT-CSC |

### CERTIFICATE OF SERVICE

I hereby certify that the **MOTION FOR ADMISSION PRO HAC VICE OF DANIEL PAUL HART** was filed with the Clerk of Court by overnight mail and served on all parties to this action by United States mail, postage prepaid to:

Timothy L. Dillard
Dillard & Associates, L.L.C.
The Berry Building, Ste. 400
2015 Second Avenue North
Birmingham, Alabama 35203

Joe L. Dean, Jr.
Dean & Barrett
457 S. 10th Street
Opelika, Alabama 36801

Halsey G. Knapp, Jr.
Mary Lillian Walker
Foltz Martin, L.L.C.
Five Piedmont Center, Suite 750
Atlanta, Georgia 30305

This the 28th day of November, 2007.

_____
Attorney for Defendant

LEGAL_US_E # 77342489.1

# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**          }
                                         } ss.

**NORTHERN DISTRICT OF GEORGIA**     }

        I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

        **DO HEREBY CERTIFY** that **Daniel Paul Hart, State Bar No. 141679,** was duly admitted to practice in said Court on August 1, 2005, and is in good standing as a member of the bar of said Court.

        Dated at Atlanta, Georgia, this  28th day of November, 2007.

                                     JAMES N. HATTEN
                                     CLERK OF COURT



                             By: _____

                                  Cheryl Goins
                                  Deputy Clerk

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001357
Cashier ID: cstrecke
Transaction Date: 12/03/2007
Payer Name: PAUL HASTINGS
------------------------------------
PRO HOC VICE
 For: DANIEL PAUL HART
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $20.00
------------------------------------
CHECK
 Remitter: PAUL HASTINGS
 Check/Money Order Num: 2120
 Amt Tendered:  $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

DALM307CV001022-MHT

PAUL HASTINGS

FOR DANIEL PAUL HART

600 PEACHTREE STREET NE

STE 2400
ATLANTA, GA  30308
```