IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN DEMBO, an individual; PATRICK BOLT, an individual; and TIMOTHY SNYDER, an individual, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:07cv1022-MHT |
| CSX TRANSPORTATION, INC., a corporation, and AMDG, INC., a corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 17) is granted.

DONE, this the 4th day of December, 2007.

                        /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE