IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **STEVEN DEMBO,** )<br>**PATRICK BOLT, and** )<br>**TIMOTHY SNYDER,** )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>**CSX TRANSPORTATION, INC., and** )<br>**AMDG, INC., et al.** )<br>)<br>  Defendants. ) | Case No.: 3:07cv1022-MHT |

**PLAINTIFFS MOTION TO STAY RULE 26(F) REPORT CONTAINING THE DISCOVERY PLAN PENDING THE OUTCOME OF PLAINTIFFS MOTION TO REMAND**

**COMES NOW,** Plaintiffs STEVEN DEMBO, PATRICK BOLT, and TIMOTHY SNYDER (hereinafter "Plaintiffs"), by and through undersigned counsel, hereby file this Motion to Stay Rule 26(f) Report Containing the Discovery Plan, pending the outcome of Plaintiffs' Motion to Remand,[1] and as grounds therefore allege as follows:

**SUMMARY OF THE FACTS**

1. On or about October 11, 2007, Plaintiffs filed a civil action in the Circuit Court of Chambers County, Alabama against Defendant CSX TRANSPORTATION, INC.; Defendant AMDG, INC.; fictitious Defendants 3, 4, and 5; and fictitious Defendants 6, 7, and 8 (hereinafter "Defendants"), then known as *Civil Action Number: CV-07-289*.

2. On or about November 19, 2007 Defendants filed a Notice of Removal with this Court based upon diversity jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441(a).

---

1. Plaintiffs' have concurrently filed a Motion to Remand with the present motion.

3.	Plaintiffs' have concurrently filed a Motion to Remand with the present motion and therefore request a stay of the Rule 26(f) report containing the discovery plan pending this Court's decision on said Motion to Remand.  By order of this Court dated November 28, 2007, the Rule 26(f) report "shall be filed as soon as practicable but not later than December 18, 2007." *See* Rule 26(f) Order dated November 28, 2007 at p. 1.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiffs' respectfully request that this Honorable Court stay the Rule 26(f) report containing the discovery plan in the above-styled case until such time as this Court rules on Plaintiffs' Motion to Remand.

Respectfully Submitted,

s/ Timothy L. Dillard
Timothy L. Dillard
DILLARD AND ASSOCIATES, L.L.C
Fourth Floor, Berry Building
2015 Second Avenue North
Birmingham, Alabama 35203
Telephone: (205) 251-2823
Email: dillardandassoc@aol.com
ASB-1618-D63T

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEVEN DEMBO, <br> PATRICK BOLT, and <br> TIMOTHY SNYDER, <br><br> Plaintiffs, <br><br> v. <br><br> CSX TRANSPORTATION, INC., and <br> AMDG, INC., et al. <br><br> Defendants. | Case No.: 3:07cv1022-MHT |

## CERTIFICATE OF SERVICE

I hereby certify that on December 13th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: William C. Barker, Esq., Paul, Hastings, Janofsky & Walker, LLP, Suite 2400, 600 Peachtree Street, N.E., Atlanta, GA 30308-222; Joe L. Dean, Jr., Esq., Dean & Barrett, 457 S. 10th Street, Opelika, AL 36801; Halsey G. Knapp, Jr., Esq., Foltz Martin, LLC, Five Piedmont Center, Suite 750, Atlanta, GA 30305; and hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

Respectfully Submitted,

s/ Timothy L. Dillard
Timothy L. Dillard
DILLARD AND ASSOCIATES, L.L.C
Fourth Floor, Berry Building
2015 Second Avenue North
Birmingham, Alabama 35203
Telephone: (205) 251-2823
Email: dillardandassoc@aol.com
ASB-1618-D63T