IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STEVEN DEMBO,<br>an individual;<br>PATRICK BOLT,<br>an individual; and<br>TIMOTHY SNYDER,<br>an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>CSX TRANSPORTATION, INC.,<br>a corporation, and AMDG,<br>INC., a corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)    3:07cv1022-MHT<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

It is ORDERED that the motion to remand (Doc. No. 25) is set for submission, without oral argument, on December 18, 2007, with all briefs due by said date.

DONE, this the 14th day of December, 2007.

                                  /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE