IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STEVEN DEMBO, an individual; PATRICK BOLT, an individual; and TIMOTHY SNYDER, an individual, <br><br>    Plaintiffs, <br><br>    v. <br><br> CSX TRANSPORTATION, INC., a corporation, and AMDG, INC., a corporation, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. ) 3:07cv1022-MHT ) ) ) ) ) ) |

ORDER

It is ORDERED that the motion to stay (Doc. No. 24) is denied.

DONE, this the 14th day of December, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**