IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEVEN DEMBO,<br>PATRICK BOLT, and<br>TIMOTHY SNYDER,<br><br>   Plaintiffs,<br><br>v.<br><br>CSX TRANSPORTATION, INC.<br> and AMDG, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   3:07-CV-01022-MHT-CSC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER OF DEFENDANT CSX TRANSPORTATION, INC. TO CONDITIONAL CROSS-CLAIM OF DEFENDANT AMDG, INC.**

Defendant CSX Transportation, Inc. ("CSXT") answers the allegations contained in the Conditional Cross-Claim of Defendant AMDG, Inc. (Docket No. 13) as follows:

1. Defendant CSXT denies the allegations in Paragraph 1.

2. Defendant CSXT denies the allegations in Paragraph 2.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant CSXT denies that Defendant AMDG is entitled to the relief requested in its Conditional Cross-Claim and respectfully requests that:

    1. AMDG's Cross-Claim be dismissed with prejudice in its entirety;

    2. Judgment be entered in favor of Defendant CSXT; and that

    3. Defendant CSXT has such other and further relief as this Court may deem just and proper.

In further support of Defendant CSXT's prayer for relief, Defendant CSXT states as follows:

- 2 -

### First Defense

AMDG's Conditional Cross-Claim fails to state a claim upon which relief may be granted by this Court.

          Respectfully Submitted,

PAUL, HASTINGS, JANOFSKY
   &␣WALKER LLP
Suite 2400
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2222
(404) 815-2400 (telephone)

  /s / *Daniel P. Hart*
William C. Barker
Ala. Bar No. BAR109
Daniel P. Hart
Ga. Bar No. 141679

Counsel for Defendant
CSX Transportation, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEVEN DEMBO, PATRICK BOLT, and TIMOTHY SNYDER, <br><br> Plaintiffs, <br><br> v. <br><br> CSX TRANSPORTATION, INC. and AMDG, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  3:07-CV-01022-MHT-CSC |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the **ANSWER OF DEFENDANT CSXT TO DEFENDANT AMDG'S CONDITIONAL CROSS-CLAIM** on all parties to this action via the Court's electronic filing system:

Timothy L. Dillard
Dillard & Associates, L.L.C.
The Berry Building, Ste. 400
2015 Second Avenue North
Birmingham, Alabama 35203

Joe L. Dean, Jr.
Dean & Barrett
457 S. 10th Street
Opelika, Alabama 36801

Halsey G. Knapp, Jr.
Mary Lillian Walker
Foltz Martin, L.L.C.
Five Piedmont Center, Suite 750
Atlanta, Georgia 30305

This the 14th day of December, 2007.

                                                  */s/ Daniel P. Hart*
                                                  Attorney for Defendant
                                                  CSX Transportation, Inc.