```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

STEVEN DEMBO,                  )
an individual;                 )
PATRICK BOLT,                  )
an individual; and             )
TIMOTHY SNYDER,                )
an individual,                 )
                               )
     Plaintiffs,               )
                               )      CIVIL ACTION NO.
     v.                        )       3:07cv1022-MHT
                               )            (WO)
CSX TRANSPORTATION, INC.,      )
a corporation, and AMDG,       )
INC., a corporation,           )
                               )
     Defendants.               )
```

## OPINION AND ORDER

Now before the court is plaintiffs' motion to remand this lawsuit back to state court.

Plaintiffs brought this lawsuit against defendants charging that the defendants wrongfully told the plaintiffs that they would be employed after they paid for, and completed, a training program. Plaintiffs list six causes of action: various counts of fraud and one count for intentional infliction of emotional distress. Plaintiffs seek an amount "not to exceed" $75,000.00 for

each count. Defendants then removed this lawsuit to this court based on diversity-of-citizenship jurisdiction, 28 U.S.C. §§ 1332, 1441.

A removing defendant has the burden of proving that the more-than-$ 75,000.00 amount-in-controversy requirement for diversity jurisdiction is met, <u>Leonard v. Enterprise Rent-A-Car</u>, 279 F.3d 967, 972 (11th Cir. 2002), and, in making this determination as to whether this burden has been met, a court is limited to "the notice of removal and accompanying documents." <u>Lowery v. Alabama Power Company</u>, 483 F.3d 1184, 1214 (11th Cir. 2007). "A conclusory allegation in the notice of removal that the jurisdictional amount is satisfied, without setting forth the underlying facts supporting such an assertion, is insufficient to meet the defendant's burden." <u>Williams v. Best Buy Company, Inc.</u>, 269 F.3d 1316, 1319-20 (11th Cir. 2001).

The conclusory allegation in the notice of removal-- that, "because the six claims for up to $ 75,000 each

represent a total of up to $ 450,000 in damages for each plaintiff, the amount in controversy requirement is met"--is insufficient.  There is nothing in the notice to indicate why the damages sought in the six counts are not the same and thus should not be aggregated, with the result that the amount sought is only $ 75,000.00, and the defendants bear the burden to show otherwise.

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that the plaintiffs' motion to remand (Doc. No. 25) is granted and that, pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Chambers County, Alabama, for want of subject-matter jurisdiction.

All other pending motions are left for resolution by the state court after remand.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 19th day of December, 2007.

                                           /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE